NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3309

EDWARD GOODE,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

Stuart A. Kirsch, Assistant General Counsel – Litigation, American Federation of Government Employees, of Riverdale, Georgia, argued for petitioner.  With him on the brief was Mark D. Roth, General Counsel, of Washington, DC.

Hilliary A. Stern, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With her on the brief were Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Arbitrator's Decision

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3309

EDWARD GOODE,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

# Judgment

ON APPEAL from the       Arbitrator's Decision

In CASE NO(S).       FMCS No. 070907-60064-3.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, LINN, and PROST, Circuit Judges).

**AFFIRMED.**  See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATE:  May 8, 2009       /s/ Jan Horbaly
                         Jan Horbaly, Clerk